# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:21-cv-02460-FLA-E    Date March 28, 2024

Title: Alexander Yildrim v. Ontrak, Inc. et al

Present: The Honorable FERNANDO L. AENLLE-ROCHA

| Twyla Freeman | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

N/A                                  N/A

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated July 14, 2021.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other 2:21-cv-01987-FLA. Case 2:21-cv-02460-FLA should be administratively closed. It is consolidated with Lead Case Farhar v. Ontrak, Inc.

☐ Entered _____.

Initials of Preparer   tf